**Order entered December 30, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00903-CV

### ALBERT LUTTERODT, Appellant

### V.

### DAVID J. POTTER AND JACKSON M. POTTER, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-01182-D**

## ORDER

Before the Court is appellant's December 23, 2019 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 27, 2020. We caution that further extension requests will be disfavored.

/s/     BILL WHITEHILL
            JUSTICE